**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

March 17, 2008

CASE NUMBER:   **CV 07-05572 MJJ**
CASE TITLE:   **JONATHAN LEE RICHES-v- JEFFREY DAHMER**
DATE MANDATE FILED:   3/14/08

TO COUNSEL OF RECORD:

   The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

by: *Sheila Rash*
Case Systems Administrator

Distribution:   CIVIL   -   Counsel of Record

   CRIMINAL   -   Counsel of Record
      U.S. Marshal (Copy of Mandate)
      U.S. Probation Office

NDC App-16