**FILED**

MAY 0 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

Jonathan Lee Riches,
Plaintiff
v.                                    Civil No. 07-05572
Jeffrey Dahmer, et AL,
Defendants

---

Motion for Judge Recusal under 28 USC 455 (A)(B)
Change of Venue Motion

Plaintiff never received a fair hearing by Judge Jenkins, Judge Jenkins did not recuse herself under 28 USC 455 (A)(B), having connections with Dahmer. Plaintiff's due process was violated. Plaintiff moves for a change of venue away from here and Wisconsin.

*[signature]*